UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ATTACHMENT 1

*FILED IN CLERK'S OFFICE*
*2004 JUN 29 P 3: 53*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

PLAINTIFF'S NAME
ELIZABETH A. JACKSON

CIVIL ACTION

TERESA GARCIA V.
DAVID VEIGO
MARIE BONILLA MANAGER
EDA INC, MANAGEMENT OFFICE/HUD
PEABODY CONSTRUCTION CO
2917 WASHINGTON STREET
ROXBURY, MA
Defendant's Name

NO. _____

## COMPLAINT

### Parties

1. THE PLAINTIFF, ELIZABETH A. JACKSON, IS A RESIDENT OF BOSTON, SUFFOLK COUNTY, MA, AND A LEGAL RESIDENT OF THE UNITED STATES.

2. THE DEFENDENTS TERESA GARCIA, DAVID VEIGO, MARIE BONILLA % EDA INC., MANAGEMENT OFFICE, ALSO HUD AND PEABODY CONSTRUCTION CO.

3. ON FRIDAY, JUNE 25, 2004, I WENT INTO ACADEMY HOMES II MANAGEMENT OFFICE (EDA INC) AND REQUESTED AN APPLICATION FORM FOR ONE OF THE UNITS. MS. TERESA GARCIA SEATED AT THE DESK INFORMED ME THAT THERE WERE NO APPLICATIONS FORMS TO GIVE OUT AND THE WAITING LIST WAS CLOSED.

### Jurisdiction

4. This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

Facts

5. WHEN ASKED, "HOW COME?" SHE RESPONDED TO ME AND MY FRIENDS THAT 2 YEARS AGO APPLICATIONS WERE GIVEN OUT AT THE DUDLEY LIBRARY AND ALL THE TENANTS WERE TAKEN FROM THAT LIST ONLY.

6. WHEN ASKED FOR HER NAME, TELEPHONE NUMBER AND MANAGERS NAME & TELEPHONE NUMBER SHE READILY COMPLIED. AND THAT HER MANAGER WOULD NOT BE BACK UNTIL MONDAY, THE 28th.

7. I CALLED THE OFFICE MONDAY AND DAVID GARCIA INFORMED ME THAT MS. MARIE BONILLA WILL NOT BE IN UNTIL TUE., JUNE 29.

8. I SENT A FAX & MEMO TO REQUEST AN APPLICATION.

9. WHEREFORE THIS PLAINTIFF IS DEMANDING A JUDGEMENT AGAINST THE PLAINTIFF FOR DAMAGES AND SUCH OTHER RELIEF AS THIS COURT SEEMS JUST. MY CIVIL RIGHTS ARE BEING DENIED TO ME IN ALL THE CONSTITUTIONAL ARTICLES THAT APPLY AND I WANT A JURY TRIAL & CALLING FOR A CONGRESSIONAL INVESTIGATION.

10. I AM REQUESTING THAT ALL ASSETS TO BE FROZEN TO ALL PRINCIPAL PARTIES.

11. I AM REQUESTING $1.5 MILLION DOLLARS FOR PUNITIVE DAMAGES, DEED ALL ACADEMY HOMES II SUBDIVISION DIVISION HOMES.

Signature _Elizabeth A. Jackson_

Name ELIZABETH A. JACKSON

Address 117 BABSON STREET

Boston, Massachusetts 02126

Telephone # (617) 298-2982

12. CHOICE OF A DEEDED UNIT TO ME PRIOR TO ANYONE'S PLACEMENT INTO THESE UNITS PROVIDING ME WITH OWNERSHIP TO SAID UNIT.

13. HAVE ALL OF HUD'S RULES AND REGULATIONS ENFORCED WITHIN THE SUBDIVISION UNITS, UNDER MY MANAGEMENT.