UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELIZABETH A. JACKSON,
         Plaintiff,

v.   Civil Action No. 04-11486-RCL

TERESA GARCIA, et al.,
         Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐   GRANTED.

☒   DENIED WITHOUT PREJUDICE for the following reason(s): Plaintiff has failed to provide the source of her (1) pensions, annuities or life insurance payments; and (2) disability or workers compensation payments, the amount she has received during the past 12 months, and what plaintiff expects to continue to receive, as requested in the second part of question 3 on the application.

☒   Plaintiff shall either file a new application to proceed without prepayment of fees or pay the $150.00 filing fee within 35 days or this action shall be dismissed without prejudice.

☐   The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

8/2/04                         /s/ Reginald C. Lindsay
DATE                         REGINALD C. LINDSAY
                              UNITED STATES DISTRICT JUDGE