UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELIZABETH A. JACKSON,             )
        Plaintiff,             )
                                  )
v.                                )   C.A. No. 04-11486-RCL
                                  )
TERESA GARCIA, et al.,            )
        Defendants.            )

MEMORANDUM AND ORDER

On June 29, 2004, plaintiff Elizabeth Jackson submitted for filing her self-prepared complaint accompanied by an Application to Proceed Without Prepayment of Fees. See Docket.

By Order dated August 2, 2004, plaintiff's Application to Proceed Without Prepayment of Fees was denied without prejudice. See 8/2/04 Order, Docket No. 3. Plaintiff was granted 35 days to either file a new Application to Proceed Without Prepayment of Fees or pay the $150.00 filing fee. Id.

On September 3, 2004, Ms. Jackson paid the $150.00 filing fee. See Docket. At that time, she also filed a new Application to Proceed Without Prepayment of Fees. See Docket No. 4.

Because the filing fee has been paid, Ms. Jackson's new Application to Proceed Without Prepayment of Fees is now moot and the Clerk will be directed to issue summonses. Although Ms. Jackson is representing herself, she is advised that she is responsible for arranging for service of the summons and complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure.[1] Ms. Jackson is

---

[1] Rule 4 (c) (service with complaint; by whom made) provides that:
(1) A summons shall be served together with a copy of the complaint. The plaintiff is responsible for service of a summons and complaint within the time allowed under subdivision

further advised that she must have the summonses and complaint served within 120 days of the date the summonses are issued. See Fed. R. Civ. P. 4(m) (time limit for service).

ORDER

Based upon the foregoing, it is hereby

ORDERED, plaintiff's application to proceed without prepayment of fees (Docket No. 4) is DENIED as moot because she has paid the filing fee; and it is further

ORDERED, the Clerk shall issue summonses for service of the defendants; and it is further

ORDERED, the clerk shall send plaintiff a copy of Step By Step: A Simple Guide to Filing a Civil Action.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>18th</u> day of <u>October</u>, 2004.

/s/ Reginald C. Lindsay
REGINALD C. LINDSAY
UNITED STATES DISTRICT JUDGE

---

(m) and shall furnish the person effecting service with the necessary copies of the summons and complaint.

(2) Service may be effected by any person who is not a party and who is at least 18 years of age. At the request of the plaintiff, however, the court may direct that service be effected by a United States marshal, deputy United States marshal, or other person or officer specially appointed by the court for that purpose. Such an appointment must be made when the plaintiff is authorized to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 or is authorized to proceed as a seaman under 28 U.S.C. § 1916.