UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ELIZABETH JACKSON**
   **Plaintiff**

**V.**

**CIVIL ACTION**

**NO.04-11486-RCL**

**TERESA GARCIA, ET AL**
   **Defendant**

## ORDER OF DISMISSAL

**LINDSAY**, D.J.

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on March 3, 2005, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

          By the Court,

          /s/ Lisa M. Hourihan

          Deputy Clerk

April 4, 2005